Maurice N. Ross, NY SBN# 1720796 (Pro hac vice)
BARTON LLP
420 Lexington Avenue
New York, New York 10170
Telephone:  212-687-6262
Email:      mross@bartonesq.com

Daniel N. Ballard, CA SBN# 219223
SEQUOIA COUNSEL PC
6624 Penney Way
Carmichael, CA 95608
Telephone:  916-607-3904
Email:      dballard@sequoiacounsel.com

Attorneys for Plaintiff Belstone Capital LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Belstone Capital LLC, a Delaware limited liability company,<br>　　　　　　Plaintiff,<br>　　vs.<br>Bellstone Partners, LLC., a California limited liability company; Bellstone Commercial, Inc., a California corporation, and BellstoneShares, LLC, a California limited liability company,<br>　　　　　　Defendants. | Case No.: 2:16-CV-01124-KJM-GGH<br>**RESPONSE TO MINUTE ORDER DATED JUNE 14, 2016** |

　　　There has been a misunderstanding.

　　　The "Change In Designation Of Counsel For Service" filed by Plaintiff's counsel on June 7, 2016 (ECF #12) did <u>not</u> terminate local counsel from the case. It was intended to merely inform the Court, pursuant to L.R. 182(c)(1), that the New York-licensed lead trial counsel, now admitted to this Court pro hac vice, is the new Counsel for Service.[1]

---

[1] L.R. 182(c)(1): "The identity of counsel for service in a particular action may be changed by filing and serving on all parties a document entitled "Change in Designation of Counsel for Service" stating the name, address, and telephone number of new and old counsel for service, identifying new counsel for service and bearing the signature of the new counsel for service."

1   Plaintiff's counsel complied with L.R. 180(b)(2)(ii) by designating local counsel in
2 his pro hac vice application. That local, undersigned attorney <u>remains</u> local counsel.
3   If L.R. 180(b)(2)(ii) requires local counsel to also remain as Counsel for Service
4 throughout this proceeding, in apparent contradiction with L.R. 182(c)(1), then he will do
5 so and apologizes to the Court for causing this confusion.

6   DATED: June 14, 2016          SEQUOIA COUNSEL PC

              By:     /s/ DANIEL N. BALLARD, ESQ.
                      Daniel N. Ballard
                      Attorney for Plaintiff Belstone Capital LLC

Response to Minute Order