DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:    916.444.1000
Facsimile:    916.444.2100
bwarne@downeybrand.com

Attorneys for Defendants,
BELLSTONE PARTNERS, LLC;
BELLSTONE COMMERCIAL, INC.; and
BELLSTONESHARES, LLC,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELSTONE CAPITAL LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BELLSTONE PARTNERS, LLC, a California limited liability company; BELLSTONE COMMERCIAL, INC., a California corporation, and BELLSTONESHARES, LLC, a California limited liability company,<br><br>Defendants. | Case No.  2:16-cv-01124-KJM-GGH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**JOINT STIPULATION AND ORDER**

All parties, through their counsel, hereby stipulate to extend the time for all Defendants to respond to the Complaint by one week.  Because this is a second extension, Court approval is required.  Eastern District Local Rule 144(a).  The parties, by and through their respective counsel, stipulate as follows:

**RECITALS**

1. WHEREAS, all parties previously stipulated to a 28 day extension for all Defendants to respond to the Complaint; and

/ / /

2. WHEREAS, the date for all Defendants to answer or otherwise respond to the Complaint is September 2; and

3. WHEREAS, all parties require further time to meet and confer regarding the potential filing of motions regarding the Complaint and/or resolution; and

4. WHEREAS, all parties agree to a further one week extension of time for all Defendants to respond to the Complaint; and

5. WHEREAS, any further extensions of time require Court approval, pursuant to Eastern District Local Rule 144(a).

## STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, by and through their respective counsel, that the time for all Defendants to respond to the Complaint is extended for one week, to on or before September 9, 2016.**

DATED: September 1, 2016            DOWNEY BRAND LLP


By: */s/ William R. Warne*
WILLIAM R. WARNE
MICHAEL J. THOMAS
Attorney for Defendants
BELLSTONE PARTNERS, LLC; BELLSTONE COMMERCIAL, INC.; and
BELLSTONESHARES, LLC


DATED: September 1, 2016            BARTON LLP


By: */s/ Maurice N. Ross (as authorized 8/31/16)*
MAURICE N. ROSS
Attorney for Plaintiff
BELSTONE CAPITAL, LLC

**ORDER**

    **IT IS SO ORDERED.**

DATED:  September 1, 2016

_____
UNITED STATES DISTRICT JUDGE